IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA TERRY**                                                                              **PLAINTIFF**

**v.**                            **Case No. 4:20-cv-01393-LPR**

**GARDA CL SOUTHEAST INC.**                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 14th day of April, 2021.

                                                     _____
                                                     LEE P. RUDOFSKY
                                                     UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).